No. 871, Misc.  CORTEZ *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.

No. 873, Misc.  BROOKS *v.* NEW YORK.  Appellate Division, Supreme Court of New York, Second Judicial Department.  Certiorari denied.

No. 877, Misc.  BUSH *v.* TEXAS.  Court of Criminal Appeals of Texas.  Certiorari denied. *Charles Alan Wright* and *Billy J. Moore* for petitioner.

No. 879, Misc.  REAM *v.* SUPERIOR COURT OF WALLA WALLA COUNTY, WASHINGTON, ET AL.  C. A. 9th Cir. Certiorari denied.

No. 880, Misc.  IN RE SCOTT.  Supreme Court of California.  Certiorari denied.

No. 881, Misc.  SEYMORE *v.* NEW YORK.  C. A. 2d Cir. Certiorari denied.

No. 884, Misc.  WHITE *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.

No. 885, Misc.  DENNIS *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 886, Misc.  MARTINEZ *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.

No. 897, Misc.  COKELEY *v.* BOLES, WARDEN.  Supreme Court of Appeals of West Virginia.  Certiorari denied.

No. 902, Misc.  DANDY *v.* MYERS, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.